In re Aubert, Winnie; Hymel, Anne; Cazenave, Maisy; Hymel, Aline B.; Borne, Sidney F.; Borne, Clifford J. Jr.; Delk, Lorraine B.; Chauvin, Jane B.; Borne, Eva; Danos, Betty B.; Molise, Taylor; Becnel, Lucretia A.; Roussel, Aldonia A.; Chopin, Maude P.; Harrison, Nena A.; Flateau, Ishmel; Flateau, Sidney; Flateau, Theresa; Flateau, Albert; Gros, Altnea W.; Walker, Randy P.; Walker, Bruce; Joseph, Cynthia W.; Walker, Stephen A.; Walker, Leon M.; Walker, George Jr.; Adams, Milton; Adams, Daryl; Adams, Tharis; Phillips, Maude; Priestly, Sedonia; Brown, Wiltz; Brown, Robert; Oubre, Marlene B.; Brown, Oneil; Jasmine, Carlyn; Brown, Dennis E.; Brown, Paul; Brown, Hazel; Adams, Milton; Adams, Daryl; Adams, *389 Tharis; Zeringue, Elonore; Zeringue, Lee J.; Zeringue, Clarence A.; Zeringue, Mae M.; Zeringue, Audrey; Zeringue, Robert Jr.; Hymel, Edward; Abadie, Elsie; Weber, Beulah; Roussel, Nora; Simon, Rita; Tregre, Margin; Clement, Mabel; Rome, Rumsey; Zeringue, Norbert; Hymel, Louise; Cazenave, Michael A.; Cazenave, Cheryln A.; — Plaintiff(s); applying for supervisory and/or remedial writs; to the Court of Appeal, Fifth Circuit No. 91-CW-0112; Parish of St John Baptist 40th Judicial District Court, Div. “A”, Nos. 17687; 21385; 17688; 21431; 21382; 21384; 21383; 21900; 21012; 21535; 20944; 21536; 21534; 21913; 21430; 21537; 21958; 21958.
Denied. Relators may reurge their re-troactivity argument if the trial court determines prescription had not accrued at the time the 1987 amendment was enacted.